IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LACOYA MORGAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:14-CV-1618-D |
| VS. | § | |
| | § | |
| McDONALD'S CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the January 26, 2015 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, defendant's November 25, 2014 motion for sanctions is granted, and this action is dismissed with prejudice by judgment filed today. Defendant's January 28, 2015 request for attorney's fees and costs is unaffected by the judgment and remains pending for decision.

**SO ORDERED**.

February 25, 2015.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE